# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                            ) | |
|          Plaintiff(s),              ) | |
|                                            ) | |
| vs.                           ) | Case No. |
| Yev Gray, DPM; Natalie Gray; and Jaqmes Sayadzad,      ) | |
|          Defendant(s).             ) | |

RECEIVED
OCT 15 2015
U.S. District Court
Eastern District of MO

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _the United States_ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
    
    none

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
    
    none

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
    
    none

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

_Suzanne J. Moore_
Signature (Counsel for Plaintiff/Defendant)
Print Name: Suzanne J. Moore AUSA
Address: 111 S. 10th Street, 20th Fl
City/State/Zip: St. Louis, MO 63102
Phone: (314) 539-2200

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
_October 15_, 20_15_.

_Suzanne J. Moore_
Signature